LINDSEY v. QUALEX, INC.

No. 412P91

Case below: 103 N.C.App. 585

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

LOWDER v. ALL STAR MILLS

No. 365P91

Case below: 103 N.C.App. 500

Petition by defendant (W. Horace Lowder) for writ of supersedeas and temporary stay denied 7 November 1991.

LOWDER v. ALL STAR MILLS

No. 365P91

Case below: 103 N.C.App. 500

Petition by defendant (W. Horace Lowder) for writ of certiorari to the North Carolina Court of Appeals pursuant to Rule 21 denied 6 November 1991.

LOWDER v. ALL STAR MILLS

No. 365P91

Petition by defendant (Douglas E. Lowder) for writ of certiorari to the Superior Court of Stanly County denied 6 November 1991.

LOWDER v. ALL STAR MILLS

No. 365P91

Case below: 103 N.C.App. 500

Petition by defendants (W. Horace Lowder, Lois L. Hudson and Billy Joe Hudson) for writ of certiorari to the North Carolina Court of Appeals pursuant to Rule 21 denied 6 November 1991. Petition by defendants (W. Horace Lowder, Lois L. Hudson and